*In re:*

*Reglamento del
Tribunal Supremo*

ORDEN

San Juan, Puerto Rico, a 30 de junio de 1967

De conformidad con lo dispuesto en la Regla 3(a) de nuestro Reglamento relativa al funcionamiento del Tribunal en Salas y a la composición de las mismas, se prorroga hasta el 30 de junio de 1968 la integración de las Primera y Segunda, según la designación hecha mediante la orden de 3 de enero de 1967.

Lo decretó y firma

(Fdo.) Luis Negrón Fernández
*Juez Presidente*

Certifico:

(Fdo.) Joaquín Berríos
*Secretario*